1   TONY WEST
    Assistant Attorney General, Civil Division
2   DAVID J. KLINE
    Director, District Court Section
3   Office of Immigration Litigation
    ELIZABETH J. STEVENS
4   Assistant Director
    JULIE S. SALTMAN, DC 975015
5   Trial Attorney
           P.O. Box 868, Ben Franklin Station
6          Washington, DC  20044-0868
           Telephone: (202) 532-4252; FAX: (202) 305-7000
7
8   Attorneys for Defendants

9                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

11

12  AJAY SHARMA,                          No. 3:10-cv-03829-BZ

13         Plaintiff,                     STIPULATION TO EXTEND DATES;
                                          AND [~~PROPOSED~~] ORDER
14         vs.

15  F. GERARD HEINAUER, Director,
    Nebraska Service Center, USCIS, et al.,
16
           Defendants.
17

18         Plaintiff, by and through his attorneys of record, and Defendants by and through their

19  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

20         1.  Plaintiff filed this action on or about August 26, 2010.  Defendants' response is due on

21  November 5, 2010.

22         2.  The Defendants are in the process of gathering information, certifying an

23  administrative record, and determining their position on this case, and require additional time to

24  complete these tasks before filing an answer.  The parties will also be involved in discussions

25  that might resolve this matter without further litigation.

26         3.  Therefore, the parties hereby respectfully request this Court to order a fourteen day

27  extension of time within which the Defendants must serve its response in the above-entitled

28  action.  Defendants will file their response on or before November 19, 2010.

Respectfully submitted,

Dated: November 5, 2010

s/ Julie S. Saltman
JULIE S. SALTMAN
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Email: julie.saltman@usdoj.gov

Dated: November 5, 2010

s/ Robert B. Jobe
ROBERT B. JOBE
Law office of Robert B. Jobe
550 Kearney Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 10, 2010

BERNARD ZIMMERMAN
United States Magistrate Judge

–2–

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation to Extend Dates and [Proposed] Order was served via the district court's electronic filing system on this 5th day of November to the following counsel:

Robert B. Jobe
Lina Baroudi
Law Office of Robert B. Jobe
550 Kearny Street, Suite 200
San Francisco, CA 94108


s/ Julie S. Saltman
JULIE S. SALTMAN
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

−3−