Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AJAY SHARMA, <br><br> Plaintiff, <br><br> v. <br><br> MARILYN P. WILES, DIRECTOR, NEBRASKA SERVICE CENTER, USCIS; ET AL., <br><br> Defendants. | No.   C 10-3829 BZ <br><br> [PROPOSED] ORDER <br><br><br> Hearing:   3/1/11 <br> Time:       10:00 a.m. |

Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing is reset to _April 6_ at _10am_ and all other deadlines are reset accordingly.

IT IS SO ORDERED.

Dated: 7/Feb 2011

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order
C 10-3829 BZ