IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY SHARMA,<br><br>        Plaintiff,<br><br>  v.<br><br>F. GERARD HEINAUER, Director, Nebraska Service Center, USCIS, ALEJANDRO MAYORKAS, Director, USCIS, U.S. CITIZENSHIP & IMMIGRATION SERVICES, JANET NAPOLITANO, Secretary of Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, and ERIC H. HOLDER, JR., U.S. Attorney General,<br><br>        Defendants.<br>_____/ | No. C 10-03829 WHA<br><br>**ORDER TO SHOW CAUSE** |

     Prior to reassignment, the parties cross-moved for summary judgment (Dkt. Nos. 10 and 14). Pursuant to the reassignment order, plaintiff refiled his motion for summary judgment, noticing a hearing for May 5 (Dkt. No. 19). Defendants did not refile their motion or renotice a hearing for their previously-filed motion. Under the civil local rules, defendants, who are represented by counsel at the U.S. Department of Justice, were required to file an opposition brief (or a statement of nonopposition) to the pending motion by April 14. No response was filed. Defendants are therefore ordered to show cause for their failure to respond to the motion, including via a declaration under oath, by **APRIL 20, 2011**. This order does not constitute

1  permission to file a late opposition to the pending motion.  The hearing on May 5, 2011, is
2  **VACATED**.  A new hearing shall be set by the Court if necessary.
3
       **IT IS SO ORDERED.**
4
5  Dated: April 15, 2011.
6                                         WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE