IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AJAY SHARMA,

    Plaintiff,

  v.

F. GERARD HEINAUER, Director, Nebraska Service Center, USCIS, ALEJANDRO MAYORKAS, Director, USCIS, U.S. CITIZENSHIP & IMMIGRATION SERVICES, JANET NAPOLITANO, Secretary of Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, and ERIC H. HOLDER, JR., U.S. Attorney General,

    Defendants.
                                            /

No. C 10-03829 WHA

**ORDER REGARDING DEFENSE COUNSEL'S SECOND FAILURE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

For the second time, counsel for defendants at the U.S. Department of Justice has failed to oppose plaintiff's motion for summary judgment. After the first infraction, an order to show cause issued. Defense counsel responded under oath, and a new hearing was set on the pending cross-motions. Defense counsel has now violated the local rules again by failing to oppose plaintiff's motion. As we cannot keep deferring a decision in this case due to defense counsel's dereliction, however, the motions will be heard on May 26, as scheduled, and defense counsel

1  shall not file a late opposition to plaintiff's motion. On the other hand, she may file a reply in
2  support of her own motion by the deadline of May 12, limited to 15 pages (as set by local rule).

    **IT IS SO ORDERED.**

Dated: May 6, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE